ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    Program Litigation 1
    Law & Policy
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIJAH LEE CLAYTON,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 1:25-cv-01232-SKO<br><br>**STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**<br><br>(Doc. 10) |

The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint is due currently November 18, 2025. Defendant has not previously requested an extension of this deadline.

2. At the end of the day on September 30, 2025, the appropriations that were funding the Department of Justice expired and appropriations to the Department lapsed. The same was true for most Executive agencies, including federal defendant Social Security Administration (SSA). Funding was restored by Congress on November 12, 2025.

3. Although the undersigned counsel and all staff are back working on Social Security cases as of November 13, 2025, the undesigned counsel has many remaining backlogs regarding obtaining, reviewing and filing eCARs and other pressing deadlines resulting from the lapse in funding. We are currently working with our previously furloughed staff in order to work through the backlog.

4. Given this situation Defendant requests an extension of 59 days to respond to Plaintiff's Complaint.

5. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that they have no objections.

6. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until January 16, 2026, respond to Plaintiff's Complaint.

Respectfully submitted,

Date: _November 17, 2025_   By:   _s/ Jonathan Omar Pena_
                                                       Jonathan Omar Pena
                                                     Pena and Bromberg, PC
                                                     Attorney for Plaintiff
                                                     (*as authorized by email)

Date: _November 17, 2025_         ERIC GRANT
                                                     United States Attorney
                                                     MATHEW W. PILE
                                                     Head of Program Litigation 1
                                      By:   _s/ Oscar Gonzalez de Llano_
                                                    OSCAR GONZALEZ de LLANO
                                                    Special Assistant United States Attorney
                                                    Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation and unopposed motion for extension of time, (Doc. 10), IT IS HEREBY ORDERED that Defendant shall have an extension, to and including January 16, 2026, to respond to Plaintiff's complaint. The deadlines in the Scheduling Order, (Doc. 5), are hereby extended accordingly.

IT IS SO ORDERED.

Dated:   **November 17, 2025**                    /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE