JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE CLAYTON , <br><br> Plaintiff, <br><br> vs. <br><br> FRANK BISIGNANO, Commissioner of Social Security[1], <br><br> Defendant. | Case No. 1:25-cv-01232-SKO <br><br> **STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME; ORDER** <br><br> (Doc. 13) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from February 17, 2026 to April 20, 2026, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of February 16, 2026 and February 23, 2026, Plaintiff's Counsel has twenty one merit briefs due.   Counsel requires additional time to brief the issues thoroughly for the Court's

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: January 27, 2026        PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: January 27, 2026            ERIC GRANT
                                   United States Attorney
                                   MATHEW W. PILE
                                   Head of Program Litigation 1
                                   Law & Policy
                                   Social Security Administration

By:   */s/ Oscar Gonzalez de Llano*
      Oscar Gonzalez de Llano
      Special Assistant United States Attorney
      Attorneys for Defendant
      (*As authorized by email on January 27, 2026)

2

**ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion, (Doc. 13), and for good cause shown, (Fed. R. Civ. P. 16(b)(4)),

IT IS ORDERED that Plaintiff shall have up to and including April 20, 2026, to serve Plaintiff's Motion for Summary Judgment on Defendant. All other dates in the Scheduling Order, (Doc. 5), are enlarged accordingly.

IT IS SO ORDERED.

Dated: __**January 27, 2026**__            ____/s/ *Sheila K. Oberto*_____
                                          UNITED STATES MAGISTRATE JUDGE